B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Retsos, Toula** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-5215** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**757 N Northwest Hwy**<br>**Park Ridge IL 60068**          ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>COOK COUNTY | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

KENNETH S. GARDNER, CLERK
PS REP. 1 MBM

**FILED**
OCT 1 2012
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.47.1, ID 1432)

B1 (Official Form 1) (12/11)

| | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Toula Retsos** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X *Toula Retsos*       9/26/2012<br>       pro se                                   Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)  Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):   **Toula Retsos**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Toula Retsos*
   Toula Retsos

X 773 807 3780
   Telephone Number (if not represented by attorney)

9/26/2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
   pro se                Bar No.

Phone No. _____ Fax _____

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

ANDRIA GUERRA
Printed Name and title, if any, of Bankruptcy Petition Preparer

336 56 3022
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

15028 S. Cicero Oak Forest IL 60452
Address

X _____
   9-26-2012
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.47.1, ID 1432

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:     Toula Retsos                                          Case No. _____
                                                                                        (if known)

                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*



☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.     *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Toula Retsos**

Case No. _____

(if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:   *Toula Retsos*   _____
                        Toula Retsos

Date:   __**9/26/2012**__

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re   **Toula Retsos**

Case No.

Chapter        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $561,000.00 | | |
| B - Personal Property | Yes | 4 | $30,604.91 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $486,709.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $26,449.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $1,390,461.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,466.14 |
| TOTAL | | 19 | $591,604.91 | $1,903,620.72 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re  **Toula Retsos**

Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $26,449.82 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$26,449.82** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $1,500.00 |
| Average Expenses (from Schedule J, Line 18) | $2,466.14 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $1,500.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $182,709.23 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $26,449.82 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $1,390,461.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $1,573,170.90 |

B6A (Official Form 6A) (12/07)

In re  Toula Retsos

Case No. _____
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 757 Northwest Highway | Principal Residence | - | $300,000.00 | $482,709.23 |
| | | Total: | $300,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Toula Retsos**                                    Case No. _____
                                                                    (if known)


## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $25.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking, 0053 0635 4381 | - | $250.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household furniture | - | $375.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | - | $400.00 |
| 7. Furs and jewelry. | | Jewelry | - | $65.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  **Toula Retsos**                                   Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Invesco Roth IRA | – | $21,089.91 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock TUE Services LTD. | – | $400.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  **Toula Retsos**                              Case No. _____
                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Honda CRV Vehicle 104,000 miles kbb valued at $8000 | - | $8,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Toula Retsos**                                  Case No. _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)          Total >          $30,604.91

B6C (Official Form 6C) (4/10)

In re  Toula Retsos

Case No. _____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that excee
(Check one box)                                                          $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 757 Northwest Highway | | $482,709.23 | $300,000.00 |
| Cash | | $25.00 | $25.00 |
| Bank of America Checking, 0053 0835 4361 | | $250.00 | $250.00 |
| Household furniture | | $375.00 | $375.00 |
| Clothing | | $400.00 | $400.00 |
| Jewelry | | $65.00 | $65.00 |
| Invesco Roth IRA | | $21,089.91 | $21,089.91 |
| Stock TUE Services LTD. | | $400.00 | $400.00 |
| 2009 Honda CRV Vehicle 104,000 miles kbb valued at $8000 | | $4,000.00 | $8,000.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment. | | $509,314.14 | $330,604.91 |

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:   Toula Retsos

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| N/A | Real Property. | $561,000.00 | $482,709.23 | $261,000.00 | $1,081,531.21 | $0.00 |
| 1. | Cash on hand. | $25.00 | $0.00 | $25.00 | $0.00 | $25.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $250.00 | $0.00 | $250.00 | $0.00 | $250.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $375.00 | $0.00 | $375.00 | $0.00 | $375.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 7. | Furs and jewelry. | $65.00 | $0.00 | $65.00 | $0.00 | $65.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $21,089.91 | $21,089.91 | $0.00 | $21,089.91 | $0.00 |
| 13. | Stock and interests in incorporated... | $400.00 | $0.00 | $400.00 | $0.00 | $400.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 – All rights reserved.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  **Toula Retsos**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|--------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles | $8,000.00 | $4,000.00 | $4,000.00 | $0.00 | $4,000.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | $591,604.91 | $507,799.14 | $266,515.00 | $1,103,021.12 | $5,115.00 |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-ex
of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|-------------:|-----:|-------:|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|-------------:|-----:|-------:|------------------:|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:   Toula Retsos

CASE NO

CHAPTER   7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---|---|---|---|
| Cash | $25.00 | | $25.00 | $25.00 |
| Bank of America Checking, 0053 0635 4381 | $250.00 | | $250.00 | $250.00 |
| Household furniture | $375.00 | | $375.00 | $375.00 |
| Jewelry | $65.00 | | $65.00 | $65.00 |
| Stock TUE Services LTD. | $400.00 | | $400.00 | $400.00 |
| 2009 Honda CRV Vehicle 104,000 miles kbb | $8,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **TOTALS:** | **$9,115.00** | **$4,000.00** | **$5,115.00** | **$5,115.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $591,604.91 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $591,604.91 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $507,799.14 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $507,799.14 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $266,515.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.   Total Equity  (C-F) | $266,515.00 |
| J. Total Exemptions Claimed | $1,103,021.12 |
| K. Total Non-Exempt Property Remaining  (G-J) | $5,115.00 |

Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.

B6D (Official Form 6D) (12/07)

In re **Toula Retsos**

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xx3995<br><br>1800 Loan Mart<br>331 N Wood Dale Road<br>Wood Dale IL 60191 | | - | DATE INCURRED: **09/24/2012**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Automobile**<br>REMARKS:<br><br>VALUE: **$8,000.00** | | | | $4,000.00 | |
| ACCT #: xxxxxxxxx7791<br><br>Chase<br>PO Box 509011<br>San Diego CA 92150 | | - | DATE INCURRED: **11/01/2007**<br>NATURE OF LIEN:<br>**Credit Card**<br>COLLATERAL:<br>**Personal Residence**<br>REMARKS:<br><br>VALUE: **$300,000.00** | | | | $482,709.23 | $182,709.23<br>MORE DEBT THAN HOME IS WORTH |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $486,709.23 | $182,709.23 |
| | | | Total (Use only on last page) > | | | | $486,709.23 | $182,709.23 |

____**No**____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities.)

B6E (Official Form 6E) (04/10)

In re  **Toula Retsos**                                        Case No. _____

                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Toula Retsos**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #xxxxxxxxxx0000 Cook County Treasurer PO Box 4488 Carol Stream IL 60197.4488 | | - | DATE INCURRED: **01/01/2010** CONSIDERATION: **Taxes** REMARKS: | | | | $10,096.89 | $10,096.89 | $0.00 |
| ACCT #xxxxxxxxxx0000 Cook County Treasurer PO Box 4488 Carol Stream IL 60197.4488 | | - | DATE INCURRED: **01/01/2011** CONSIDERATION: **Taxes** REMARKS: | | | | $10,550.28 | $10,550.28 | $0.00 |
| ACCT #xxxxxxxxxx0000 Cook County Treasurer PO Box 4488 Carol Stream IL 60197.4488 | | - | DATE INCURRED: **01/01/2012** CONSIDERATION: **Taxes** REMARKS: | | | | $5,802.65 | $5,802.65 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of 1_____ continuation **Subtotals** (Totals of this page) > | $26,449.82 | $26,449.82 | $0.00
attached to Schedule of Creditors Holding Priority Claims    Total > | $26,449.82 |

(Use only on last page of the completed Schedule E.

Totals > | | $26,449.82 | $0.00

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re   **Toula Retsos**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx1328<br>**A/R Concepts**<br>**Medical Collection**<br>**2320 Dean St**<br>**Unit C**<br>**St. Charles, IL 60175** | | - | DATE INCURRED:  06/01/2012<br>CONSIDERATION:<br>**Collecting for - Municipality Park Ridge**<br>REMARKS: | | | | $730.00 |
| ACCT #:  x xxtsos<br>**Advocate Lutheran General Hospital**<br>**1775 W Dempster**<br>**Park Ridge, IL 60068** | | - | DATE INCURRED:  01/25/2012<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $220.00 |
| ACCT #:  xxxx xx xx4229<br>**Attorney Brady Paul Anthony**<br>**10154 S Longwood Drive**<br>**Chicago IL 60643** | | - | DATE INCURRED:  02/21/2007<br>CONSIDERATION:<br>**Fee**<br>REMARKS:<br>Judge Walker Carl Anthony | | | | $5,200.00 |
| ACCT #:  xxx8710<br>**Blatt, Hasenmiller, Leibsker & Moore LLC**<br>**125 South Wacker Dr, #400**<br>**Chicago, IL 60606-4440** | | - | DATE INCURRED:  05/02/2012<br>CONSIDERATION:<br>**Collecting for - Midland Funding LLC**<br>REMARKS: | | | | $3,105.17 |
| ACCT #:  xxx8734<br>**Blatt, Hasenmiller, Leibsker & Moore LLC**<br>**125 South Wacker Dr, #400**<br>**Chicago, IL 60606-4440** | | - | DATE INCURRED:  05/02/2012<br>CONSIDERATION:<br>**Collecting for - Midland Funding LLC**<br>REMARKS: | | | | $11,514.89 |
| ACCT #:  xxxxxxxx0273<br>**Capital One Bank**<br>**6200 Chevy Chase Drive**<br>**Laurel MD 20707** | | - | DATE INCURRED:  09/01/2006<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | $328,900.00 |

Subtotal > | $349,670.06

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____5_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Toula Retsos**                                      Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx8635<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850.5298** | | - | DATE INCURRED: **01/01/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,514.89 |
| ACCT #:  xxxx7357<br>**Chase**<br>**201 N Walnut St**<br>**Mailstop DE1-1027**<br>**Wilmington, DE 19801** | | - | DATE INCURRED: **0**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxx3597<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850.5298** | | - | DATE INCURRED: **08/01/1997**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,105.00 |
| ACCT #:  xxxxxxxx4478<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850.5298** | | - | DATE INCURRED: **07/01/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,514.89 |
| ACCT #:  xx xx xx117A<br>**City of Chicago**<br>**The Dept of Water Management**<br>**PO Box 6330**<br>**Chicago IL 60680.6330** | | | DATE INCURRED: **08/18/2012**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $2,921.38 |
| ACCT #:  xxxx xx xx0161<br>**City of Chicago**<br>**Corporate Counsel**<br>**30 N Lasalle 800**<br>**Chicago IL 60602** | | | DATE INCURRED: **1/13/2011**<br>CONSIDERATION:<br>**Housing**<br>REMARKS:<br>**St Lawrence** | | | | $6,500.00 |

Sheet no. ___1___ of 5 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $35,556.16

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Toula Retsos**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx xx xx5510**<br>**Codilis & Associates, P.C.**<br>**Attorneys for Plaintiff**<br>**15W030 North Frontage Rd, suite # 100**<br>**Burr Ridge, IL 60527** | | - | DATE INCURRED: **04/30/2012**<br>CONSIDERATION:<br>**Collecting for - Chase**<br>REMARKS: | | | | $2,084.00 |
| ACCT #: **xxxxx6018**<br>**Comed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0002** | | - | DATE INCURRED: **08/14/2012**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $111.86 |
| ACCT #: **xx xx-x2873**<br>**Fisher and Shapiro, LLC**<br>**2121 Waukegan Road, #301**<br>**Bannockburn IL 60015** | | - | DATE INCURRED: **08/30/2011**<br>CONSIDERATION:<br>**Collecting for - Regions Bank**<br>REMARKS: | | | | $2,799.00 |
| ACCT #: **xxxx xx-xx0161**<br>**Fisher and Shapiro, LLC**<br>**2121 Waukegan Road, #301**<br>**Bannockburn IL 60015** | | - | DATE INCURRED: **01/13/2011**<br>CONSIDERATION:<br>**6220 S Saint Lawrence**<br>REMARKS: | | | | $6,500.00 |
| ACCT #: **xxxxx4024**<br>**GMAC Mortgage**<br>**PO Box 890036**<br>**Dallas TX 75389** | | - | DATE INCURRED: **03/01/2006**<br>CONSIDERATION:<br>**Mortgage Loan**<br>REMARKS: | | | | $240,000.00 |
| ACCT #: **xxxxx5346**<br>**GMAC Mortgage**<br>**PO Box 890036**<br>**Dallas TX 75389** | | - | DATE INCURRED: **03/01/2006**<br>CONSIDERATION:<br>**Mortgage Loan**<br>REMARKS: | | | | $60,000.00 |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $311,494.86

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Toula Retsos**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**GMAC Mortgage**<br>PO Box 6153<br>Rapid City SD 57709 | | - | DATE INCURRED: **09/01/2005**<br>CONSIDERATION:<br>**Mortgage Loan**<br>REMARKS: | | | | $12,576.00 |
| ACCT #: **x xxxxxs (#911)**<br>**Gold Coast Galleria**<br>111 West Maple Street<br>Chicago IL 60610 | | - | DATE INCURRED: **01/01/2011**<br>CONSIDERATION:<br>**Fees**<br>REMARKS: | | | | $1,000.00 |
| ACCT #: **xxxxxxx5701**<br>**Humana**<br>PO Box 14601<br>Lexington KY 40512.4601 | | - | DATE INCURRED: **08/13/12**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $70.00 |
| ACCT #: **x0351**<br>**Markoff Krasny LLC**<br>29 North Wacker Drive, #550<br>Chicago IL 60606 | | - | DATE INCURRED: **04/30/2012**<br>CONSIDERATION:<br>**Collecting for - City of Chicago**<br>REMARKS: | | | | $2,921.38 |
| ACCT #: **xxxx7357**<br>**Midland Funding**<br>8875 Aero Dr Ste 200<br>San Diego CA 92123 | | - | DATE INCURRED: **05/02/2012**<br>CONSIDERATION:<br>**Collecting for - Chase Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xxx8635**<br>**Midland Funding**<br>8875 Aero Dr Ste 200<br>San Diego CA 92123 | | - | DATE INCURRED: **05/02/2012**<br>CONSIDERATION:<br>**Collecting for Chase-Heritage Bank**<br>REMARKS: | | | | $0.00 |

Sheet no. ___3___ of 5 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $16,567.38

Total > 

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Toula Retsos**                                                    Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx4428<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego CA 92123** | | - | DATE INCURRED:  **01/01/2012**<br>CONSIDERATION:<br>**Collecting for - Chase Bank**<br>REMARKS: | | | | $11,662.00 |
| ACCT #:  xxxxxx3037<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego CA 92123** | | - | DATE INCURRED:  **01/01/2012**<br>CONSIDERATION:<br>**Collecting for - Chase Bank**<br>REMARKS: | | | | $3,105.00 |
| ACCT #:  7071<br>**Morton Grove Dental Associates**<br>**9133 Waukegan Road**<br>**Morton Grove IL 60053.2120** | | - | DATE INCURRED:  **06/30/2012**<br>CONSIDERATION:<br>**Dental**<br>REMARKS: | | | | $885.00 |
| ACCT #:  xxxxxxx5633<br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | | | DATE INCURRED:  **08/09/12**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $143.23 |
| ACCT #:  xxxx8655<br>**Park Ridge Fire Department**<br>**Department 4074**<br>**Carol Stream IL 60122.4074** | | | DATE INCURRED:  **06/01/2012**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $730.00 |
| ACCT #:  x xxtsos<br>**Resurrection Medical Center**<br>**7435 W Talcott Avenue**<br>**Chicago IL 60631** | | - | DATE INCURRED:  **02/08/2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $126.00 |

Sheet no.   __4__   of 5 _____ continuation sheets attached to        Subtotal >    | $16,651.23
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                   Total >
                                               (Use only on last page of the completed Schedule F.)
                                      (Report also on Summary of Schedules and, if applicable, on the
                                       Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Toula Retsos**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx1495<br>**RNB-Fields3**<br>**3701 Wayzata Blvd**<br>**Minneapolis MN 55416** | | - | DATE INCURRED: **02/01/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,600.00 |
| ACCT #:  xxxxxx7796<br>**Specialized Loan Service**<br>**8742 Lucent Blvd #300**<br>**Highlands Ranch CO 80129** | | - | DATE INCURRED: **09/01/2006**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | $299,000.00 |
| ACCT #:  x xxtsos<br>**United Health Care**<br>**200 E Randolph St, #5300**<br>**Chicago IL 60601.6602** | | - | DATE INCURRED: **01/05/2012**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $100.00 |
| ACCT #:  xxxxxxxx8923<br>**UP/Regionsm**<br>**PO Box 18001**<br>**Hattiesburg, MS 39404** | | - | DATE INCURRED: **12/01/2003**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS:<br>6220 S St Lawrence | | | | $206,091.88 |
| ACCT #:  xxxxxxxx8913<br>**UP/Regionsm**<br>**PO Box 18001**<br>**Hattiesburg, MS 39404** | | - | DATE INCURRED: **01/01/2004**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS:<br>6202 S Talman | | | | $152,730.10 |

Sheet no. __5__ of 5 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $660,521.98

Total >   $1,390,461.67

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Toula Retsos**

Case No. _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re   Toula Retsos                                                    Case No. _____

                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Toula Retsos**                                              Case No. _____

                                                                          (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Divorced** | Relationship(s): Daughter | Age(s): 25 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Self employed | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. Estimate monthly overtime | $0.00 | |
| 3. SUBTOTAL | $0.00 | |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| b. Social Security Tax | $0.00 | |
| c. Medicare | $0.00 | |
| d. Insurance | $0.00 | |
| e. Union dues | $0.00 | |
| f. Retirement | $0.00 | |
| g. Other (Specify) _____ | $0.00 | |
| h. Other (Specify) _____ | $0.00 | |
| i. Other (Specify) _____ | $0.00 | |
| j. Other (Specify) _____ | $0.00 | |
| k. Other (Specify) _____ | $0.00 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
| a. Help from family | $1,500.00 | |
| b._____ | $0.00 | |
| c._____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $1,500.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $1,500.00 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $1,500.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Toula Retsos**                                         Case No. _____
                                                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case
filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
expenditures

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>   a. Are real estate taxes included?   ☑Yes   ☐No<br>   b. Is property insurance included?   ☑Yes   ☐No | |
| 2. Utilities:  a. Electricity and heating fuel<br>            b. Water and sewer<br>            c. Telephone<br>            d. Other:   Internet/Cable | $255.09<br>$99.05<br>$80.00<br>$131.21 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | <br>$600.00<br>$150.00<br><br><br>$400.00<br><br>$100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>            a. Homeowner's or renter's<br>            b. Life<br>            c. Health<br>            d. Auto<br>            e. Other: | <br><br>$45.83<br>$322.46<br>$282.50<br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>            a. Auto:<br>            b. Other:<br>            c. Other:<br>            d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>   if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$2,466.14** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this<br>document:  None.<br><br><br>20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br><br><br><br>$1,500.00<br>$2,466.14<br>($966.14) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Toula Retsos**                                                    Case No. _____

                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **9/26/2012** _____        Signature ╲ *Toula Retsos* _____

                                                                    **Toula Retsos**

Date _____                       Signature _____

                                                      [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:    **Toula Retsos**                                             Case No. _____
                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2012 TUE Services Limited, $400 of stock |
| | 2011 TUE Services Limited |
| $50,125.00 | 2010 TUE Services Limited |

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account

---

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

---

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors

who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this

bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 10 CH-11162 | Foreclosure - 6202 S Talman | Circuit Court of Cook County | order of possession |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Toula Retsos**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| 2010 CH-12873<br>Regions Bank vs. Toula Retsos | Foreclosure-6220<br>South Saint Lawrence | Circuit Clerk of the<br>Circuit Court | order of possession |
| 10 CH-015510<br>Chase Home Finance vs. Toula<br>Retsos | Foreclosure - 757<br>Northwest | Circuit Court of Cook<br>County | pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding
the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned
to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

## 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual
gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| Andria Guerra<br>15028 S Cicero Avenue<br>Oak Forest IL 60452 | 9/14/2012 | $50 |

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Toula Retsos**

Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 2

| 123 Credit Counselors | 9/16/2012 | $35 pre-filing credit |
| 6161 Blue Lagoon Drive, Suite 255A, Miami, FL 33126 | | counseling |

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred
either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this
case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied
during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:    **Toula Retsos**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or
regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated
by the debtor, including, but not limited to, disposal sites.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

---

### 18. Nature, location and name of business

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDIN DATES |
|---|---|---|
| TUE Services Ltd. 757 Northwest Hwy, Park Ridge IL 60068 20-3183127 | coffee shop | Current |

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Toula Retsos**                                      Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of

more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or

self-employed in a trade, profession, or other activity, either full- or part-time.

---

## 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

---

None ☑ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

---

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

---

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

---

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

---

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

---

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

---

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

B7 (Official Form 7) (04/10) - Cont.   UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   **Toula Retsos**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,

bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

---

None ☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax

purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

---

None ☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **9/26/2012** _____

Signature _____
of Debtor   **Toula Retsos**

Date _____

Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Toula Retsos**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>1800 Loan Mart<br>331 N Wood Dale Road<br>Wood Dale IL 60191<br>xx3995 | **Describe Property Securing Debt:**<br>Automobile |

Property will be (check one):
- [ ] Surrendered   [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt   [ ] Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Chase<br>PO Box 509011<br>San Diego CA 92150<br>xxxxxxxx7791 | **Describe Property Securing Debt:**<br>Personal Residence |

Property will be (check one):
- [ ] Surrendered   [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt   [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Toula Retsos**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

**Property No. 3**

| **Creditor's Name:**<br>Cook County Treasurer<br>PO Box 4488<br>Carol Stream IL 60197.4488<br>xxxxxxxxxx0000 | **Describe Property Securing Debt:**<br>Taxes |
|---|---|

Property will be (check one):
- ☐ Surrendered       ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt       ☐ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:**<br>Cook County Treasurer<br>PO Box 4488<br>Carol Stream IL 60197.4488<br>xxxxxxxxxx0000 | **Describe Property Securing Debt:**<br>Taxes |
|---|---|

Property will be (check one):
- ☐ Surrendered       ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt       ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:    Toula Retsos

CASE NO

CHAPTER    7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 2*

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Cook County Treasurer<br>PO Box 4488<br>Carol Stream IL 60197.4488<br>xxxxxxxxxx0000 | **Describe Property Securing Debt:**<br>Taxes |

Property will be (check one):
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt    ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐        NO  ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  9/26/2012

Signature  *Toula Retsos*
**Toula Retsos**

Date

Signature

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   Toula Retsos

CASE NO

CHAPTER   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | $50.00 |
| Prior to the filing of this statement I have received: | $50.00 |
| Balance Due: | $0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/26/2012
Date

pro se

Bar No.

---

Toula Retsos

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:   Toula Retsos

CASE NO

CHAPTER   7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/26/2012

Signature _____ *Toula Retsos*
**Toula Retsos**

Date _____

Signature _____

*pro se* _____

1800 Loan Mart
331 N Wood Dale Road
Wood Dale IL 60191


A/R Concepts
Medical Collection
2320 Dean St
Unit C

Advocate Lutheran General Hospital
1775 W Dempster
Park Ridge, IL 60068


Attorney Brady Paul Anthony
10154 S Longwood Drive
Chicago IL 60643


Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Dr, #400
Chicago, IL 60606-4440


Capital One Bank
6200 Chevy Chase Drive
Laurel MD 20707


Chase
PO Box 15298
Wilmington, DE 19850.5298


Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Chase
PO Box 509011
San Diego CA 92150

City of Chicago
The Dept of Water Management
PO Box 6330
Chicago IL 60680.6330

City of Chicago
Corporate Counsel
30 N Lasalle 800
Chicago IL 60602

Codilis & Associates, P.C.
Attorneys for Plaintiff
15W030 North Frontage Rd, suite # 100
Burr Ridge, IL 60527

Comed
Bill Payment Center
Chicago, IL 60668-0002

Cook County Treasurer
PO Box 4488
Carol Stream IL 60197.4488

Fisher and Shapiro, LLC
2121 Waukegan Road, #301
Bannockburn IL 60015

GMAC Mortgage
PO Box 890036
Dallas TX 75389

GMAC Mortgage
PO Box 6153
Rapid City SD 57709

Gold Coast Galleria
111 West Maple Street
Chicago IL 60610

Humana
PO Box 14601
Lexington KY 40512.4601


Markoff Krasny LLC
29 North Wacker Drive, #550
Chicago IL 60606


Midland Funding
8875 Aero Dr Ste 200
San Diego CA 92123


Morton Grove Dental Associates
9133 Waukegan Road
Morton Grove IL 60053.2120


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Park Ridge Fire Department
Department 4074
Carol Stream IL 60122.4074


Resurrection Medical Center
7435 W Talcott Avenue
Chicago IL 60631


RNB-Fields3
3701 Wayzata Blvd
Minneapolis MN 55416


Specialized Loan Service
8742 Lucent Blvd #300
Highlands Ranch CO 80129

United Health Care
200 E Randolph St, #5300
Chicago IL 60601.6602


UP/Regionsm
PO Box 18001
Hattiesburg, MS 39404

Debtor(s): Toukas...     NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

1800 Loan Mart
331 N Wood Dale Road
Wood Dale IL 60191

City of Chicago
Corporate Counsel
30 N Lasalle 800
Chicago IL 60602

Midland Funding
8875 Aero Dr Ste 200
San Diego CA 92123

A/R Concepts
Medical Collection
2320 Dean St
Unit C

Codilis & Associates, P.C.
Attorneys for Plaintiff
15W030 North Frontage Rd, suite
Burr Ridge, IL 60527

Morton Grove Dental Associate
9133 Waukegan Road
Morton Grove IL 60053.2120

Advocate Lutheran General Hospi
1775 W Dempster
Park Ridge, IL 60068

Comed
Bill Payment Center
Chicago, IL 60668-0002

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Attorney Brady Paul Anthony
10154 S Longwood Drive
Chicago IL 60643

Cook County Treasurer
PO Box 4488
Carol Stream IL 60197.4488

Park Ridge Fire Department
Department 4074
Carol Stream IL 60122.4074

Blatt, Hasenmiller, Leibsker &
125 South Wacker Dr, #400
Chicago, IL 60606-4440

Fisher and Shapiro, LLC
2121 Waukegan Road, #301
Bannockburn IL 60015

Resurrection Medical Center
7435 W Talcott Avenue
Chicago IL 60631

Capital One Bank
6200 Chevy Chase Drive
Laurel MD 20707

GMAC Mortgage
PO Box 890036
Dallas TX 75389

RNB-Fields3
3701 Wayzata Blvd
Minneapolis MN 55416

Chase
PO Box 15298
Wilmington, DE 19850.5298

GMAC Mortgage
PO Box 6153
Rapid City SD 57709

Specialized Loan Service
8742 Lucent Blvd #300
Highlands Ranch CO 80129

Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Gold Coast Galleria
111 West Maple Street
Chicago IL 60610

United Health Care
200 E Randolph St, #5300
Chicago IL 60601.6602

Chase
PO Box 509011
San Diego CA 92150

Humana
PO Box 14601
Lexington KY 40512.4601

UP/Regionsm
PO Box 18001
Hattiesburg, MS 39404

City of Chicago
The Dept of Water Management
PO Box 6330
Chicago IL 60680.6330

Markoff Krasny LLC
29 North Wacker Drive, #550
Chicago IL 60606

*pro se*
**Superior**
**15028 S Cicero Avenue**
**Oak Forest IL 60452**
**(708) 687-8470**
**Attorney for the Petitioner**

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                              Case No.:

**Toula Retsos** _____          SSN:  __xxx-xx-5215__

_____          SSN: _____

Debtor(s)                              ## Numbered Listing of Creditors

Address:

**757 N Northwest Hwy**                    Chapter:    **7**
**Park Ridge IL 60068**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.    1800 Loan Mart<br>331 N Wood Dale Road<br>Wood Dale IL 60191<br>xx3995 | Secured Claim | $4,000.00 |
| 2.    A/R Concepts<br>Medical Collection<br>2320 Dean St<br>Unit C<br>St. Charles, IL 60175<br>xx1328 | Unsecured Claim | $730.00 |
| 3.    Advocate Lutheran General Hospital<br>1775 W Dempster<br>Park Ridge, IL 60068<br>x xxtsos | Unsecured Claim | $220.00 |
| 4.    Attorney Brady Paul Anthony<br>10154 S Longwood Drive<br>Chicago IL 60643<br>xxxx xx xx4229 | Unsecured Claim | $5,200.00 |
| 5.    Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 South Wacker Dr, #400<br>Chicago, IL 60606-4440<br>xxx8710 | Unsecured Claim | $3,105.17 |
| 6.    Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 South Wacker Dr, #400<br>Chicago, IL 60606-4440<br>xxx8734 | Unsecured Claim | $11,514.89 |

in re:   **Toula Retsos**

_____

| Debtor | | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Capital One Bank<br>6200 Chevy Chase Drive<br>Laurel MD 20707<br>xxxxxxxxx0273 | Unsecured Claim | $328,900.00 |
| 8.  Chase<br>PO Box 15298<br>Wilmington, DE 19850.5298<br>xxxx8635 | Unsecured Claim | $11,514.89 |
| 9.  Chase<br>201 N Walnut St<br>Mailstop DE1-1027<br>Wilmington, DE 19801<br>xxxx7357 | Unsecured Claim | |
| 10.  Chase<br>PO Box 15298<br>Wilmington, DE 19850.5298<br>xxxxxxxx3597 | Unsecured Claim | $3,105.00 |
| 11.  Chase<br>PO Box 15298<br>Wilmington, DE 19850.5298<br>xxxxxxxx4478 | Unsecured Claim | $11,514.89 |
| 12.  Chase<br>PO Box 509011<br>San Diego CA 92150<br>xxxxxxxxx7791 | Secured Claim | $482,709.23 |
| 13.  City of Chicago<br>The Dept of Water Management<br>PO Box 6330<br>Chicago IL 60680.6330<br>xx xx xx117A | Unsecured Claim | $2,921.38 |
| 14.  City of Chicago<br>Corporate Counsel<br>30 N Lasalle 800<br>Chicago IL 60602<br>xxxx xx xx0161 | Unsecured Claim | $6,500.00 |
| 15.  Codilis & Associates, P.C.<br>Attorneys for Plaintiff<br>15W030 North Frontage Rd, suite # 100<br>Burr Ridge, IL 60527<br>xx xx xx5510 | Unsecured Claim | $2,084.00 |

in re:  **Toula Retsos**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 16.  Comed<br>Bill Payment Center<br>Chicago, IL 60668-0002<br>xxxxx6018 | Unsecured Claim | $111.86 |
| 17.  Cook County Treasurer<br>PO Box 4488<br>Carol Stream IL 60197.4488<br>xxxxxxxxxx0000 | Priority Claim | $10,096.89 |
| 18.  Cook County Treasurer<br>PO Box 4488<br>Carol Stream IL 60197.4488<br>xxxxxxxxxx0000 | Priority Claim | $10,550.28 |
| 19.  Cook County Treasurer<br>PO Box 4488<br>Carol Stream IL 60197.4488<br>xxxxxxxxxx0000 | Priority Claim | $5,802.65 |
| 20.  Fisher and Shapiro, LLC<br>2121 Waukegan Road, #301<br>Bannockburn IL 60015<br>xx xx-x2873 | Unsecured Claim | $2,799.00 |
| 21.  Fisher and Shapiro, LLC<br>2121 Waukegan Road, #301<br>Bannockburn IL 60015<br>xxxx xx-xx0161 | Unsecured Claim | $6,500.00 |
| 22.  GMAC Mortgage<br>PO Box 890036<br>Dallas TX 75389<br>xxxxxx4024 | Unsecured Claim | $240,000.00 |
| 23.  GMAC Mortgage<br>PO Box 890036<br>Dallas TX 75389<br>xxxxxx5346 | Unsecured Claim | $60,000.00 |
| 24.  GMAC Mortgage<br>PO Box 6153<br>Rapid City SD 57709 | Unsecured Claim | $12,576.00 |

in re:   **Toula Retsos**

_____

Debtor

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | | Amount of claim |
| 25.  Gold Coast Galleria<br>111 West Maple Street<br>Chicago IL 60610<br>x xxxxxs (#911) | Unsecured Claim | $1,000.00 |
| 26.  Humana<br>PO Box 14601<br>Lexington KY 40512.4601<br>xxxxxxx5701 | Unsecured Claim | $70.00 |
| 27.  Markoff Krasny LLC<br>29 North Wacker Drive, #550<br>Chicago IL 60606<br>x0351 | Unsecured Claim | $2,921.38 |
| 28.  Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego CA 92123<br>xxxx7357 | Unsecured Claim | $0.00 |
| 29.  Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego CA 92123<br>xxx8635 | Unsecured Claim | $0.00 |
| 30.  Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego CA 92123<br>xxxxxx4428 | Unsecured Claim | $11,662.00 |
| 31.  Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego CA 92123<br>xxxxxx3037 | Unsecured Claim | $3,105.00 |
| 32.  Morton Grove Dental Associates<br>9133 Waukegan Road<br>Morton Grove IL 60053.2120<br>7071 | Unsecured Claim | $885.00 |
| 33.  Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563<br>xxxxxxx5633 | Unsecured Claim | $143.23 |

in re:   **Toula Retsos**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| Creditor name and mailing address | | Category of claim | Amount of claim |
| 34. Park Ridge Fire Department<br>Department 4074<br>Carol Stream IL 60122.4074<br>xxxx8655 | | Unsecured Claim | $730.00 |
| 35. Resurrection Medical Center<br>7435 W Talcott Avenue<br>Chicago IL 60631<br>x xxtsos | | Unsecured Claim | $126.00 |
| 36. RNB-Fields3<br>3701 Wayzata Blvd<br>Minneapolis MN 55416<br>xxxx1495 | | Unsecured Claim | $2,600.00 |
| 37. Specialized Loan Service<br>8742 Lucent Blvd #300<br>Highlands Ranch CO 80129<br>xxxxxx7796 | | Unsecured Claim | $299,000.00 |
| 38. United Health Care<br>200 E Randolph St, #5300<br>Chicago IL 60601.6602<br>x xxtsos | | Unsecured Claim | $100.00 |
| 39. UP/Regionsm<br>PO Box 18001<br>Hattiesburg, MS 39404<br>xxxxxxxxx8923 | | Unsecured Claim | $206,091.88 |
| 40. UP/Regionsm<br>PO Box 18001<br>Hattiesburg, MS 39404<br>xxxxxxxxx6913 | | Unsecured Claim | $152,730.10 |

in re:  **Toula Retsos**

_____                    _____
Debtor                                                              Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  Toula Retsos                                                                            ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing    *Numbered Listing of Creditors,*
consisting of  __6__  sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor:  _Toula Retsos_____    Date: 9/26/2012_____
       **Toula Retsos**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Toula Retsos**

CASE NO.

CHAPTER   **7**

## Certificate of Service

02645-ILN-CC-016078526

1800 Loan Mart
xx3995
331 N Wood Dale Road
Wood Dale IL 60191

Chase
xxxx8635
PO Box 15298
Wilmington, DE 19850.5298

Codilis & Associates, P.C.
xx xx xx5510
Attorneys for Plaintiff
15W030 North Frontage Rd, suite # 100
Burr Ridge, IL 60527

A/R Concepts
Medical Collection
2320 Dean St
Unit C
St. Charles, IL 60175

Chase
xxxx7357
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Comed
xxxxx6018
Bill Payment Center
Chicago, IL 60668-0002

Advocate Lutheran General Hospital
x xxtsos
1775 W Dempster
Park Ridge, IL 60068

Chase
xxxxxxxx3597
PO Box 15298
Wilmington, DE 19850.5298

Cook County Treasurer
xxxxxxxxxx0000
PO Box 4488
Carol Stream IL 60197.4488

Attorney Brady Paul Anthony
xxxx xx xx4229
10154 S Longwood Drive
Chicago IL 60643

Chase
xxxxxxxx4478
PO Box 15298
Wilmington, DE 19850.5298

Fisher and Shapiro, LLC
xx xx-x2873
2121 Waukegan Road, #301
Bannockburn IL 60015

Blatt, Hasenmiller, Leibsker & Moore
LLC
xxx8710
125 South Wacker Dr, #400
Chicago, IL 60606-4440

Chase
xxxxxxxx7791
PO Box 509011
San Diego CA 92150

Fisher and Shapiro, LLC
xxxx xx-x0161
2121 Waukegan Road, #301
Bannockburn IL 60015

Blatt, Hasenmiller, Leibsker & Moore
LLC
xxx8734
125 South Wacker Dr, #400
Chicago, IL 60606-4440

City of Chicago
xx xx xx117A
The Dept of Water Management
PO Box 6330
Chicago IL 60680.6330

GMAC Mortgage
xxxxxx4024
PO Box 890036
Dallas TX 75389

Capital One Bank
xxxxxxxx0273
6200 Chevy Chase Drive
Laurel MD 20707

City of Chicago
xxxx xx xx0161
Corporate Counsel
30 N Lasalle 800
Chicago IL 60602

GMAC Mortgage
xxxxxx5346
PO Box 890036
Dallas TX 75389

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:   **Toula Retsos**

CASE NO.

CHAPTER   **7**

## Certificate of Service

(Continuation Sheet #1)

---

GMAC Mortgage
PO Box 6153
Rapid City SD 57709

Midland Funding
xxxxxx3037
8875 Aero Dr Ste 200
San Diego CA 92123

Toula Retsos
757 N Northwest Hwy
Park Ridge IL 60068

Gold Coast Galleria
x xxxxxs (#911)
111 West Maple Street
Chicago IL 60610

Morton Grove Dental Associates
7071
9133 Waukegan Road
Morton Grove IL 60053.2120

United Health Care
x xxtsos
200 E Randolph St, #5300
Chicago IL 60601.6602

Humana
xxxxxxx5701
PO Box 14601
Lexington KY 40512.4601

Nicor Gas
xxxxxxx5633
1844 Ferry Road
Naperville, IL 60563

UP/Regionsm
xxxxxxxxx8923
PO Box 18001
Hattiesburg, MS 39404

Markoff Krasny LLC
x0351
29 North Wacker Drive, #550
Chicago IL 60606

Park Ridge Fire Department
xxxx8655
Department 4074
Carol Stream IL 60122.4074

UP/Regionsm
xxxxxxxxx8913
PO Box 18001
Hattiesburg, MS 39404

Midland Funding
xxxx7357
8875 Aero Dr Ste 200
San Diego CA 92123

Resurrection Medical Center
x xxtsos
7435 W Talcott Avenue
Chicago IL 60631

Midland Funding
xxx8635
8875 Aero Dr Ste 200
San Diego CA 92123

RNB-Fields3
xxxx1495
3701 Wayzata Blvd
Minneapolis MN 55416

Midland Funding
xxxxxx4428
8875 Aero Dr Ste 200
San Diego CA 92123

Specialized Loan Service
xxxxxx7796
8742 Lucent Blvd #300
Highlands Ranch CO 80129